Richard D. Scott (Va. Bar No. 44527)
Law Office of Richard D. Scott
302 Washington Avenue SW
Roanoke, VA  24016
(540) 400-7997

*Counsel for LandAmerica Financial Group, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LandAmerica Financial Group, Inc., et al., | ) | Case No. 08-35994-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| LandAmerica Financial Group, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-03801-KRH |
| | ) | |
| Digital Map Products Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, LandAmerica Financial Group, Inc. ("**LFG**"), by its undersigned counsel, hereby gives notice of the dismissal without prejudice of the above-captioned adversary proceeding against Metropolitan Life Insurance Company.

Dated:  April 25, 2011            LANDAMERICA FINANCIAL GROUP, INC.,
                                  PLAINTIFF


                                  /s/ Richard D. Scott
                                  Counsel

Richard D. Scott (Va. Bar No. 44527)
Law Office of Richard D. Scott
302 Washington Avenue SW
Roanoke, VA  24016
(540) 400-7997
(540) 491-9465 (Facsimile)
richard@rscottlawoffice.com

*Counsel for LandAmerica Financial Group, Inc., Plaintiff*

## Certificate of Service

     I certify that on April 25, 2011, I sent a true copy of the foregoing Notice by U.S. Mail, First Class, postage pre-paid, to the following:

        Digital Map Products, Inc.
        18831 Von Karman Avenue, Suite 200
        Irvine, CA  92612


                /s/ Richard D. Scott